AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Trochez-Sanchez<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  19-mj-00262-GPG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 15, 2019__ in the county of __Garfield__ in the _____ District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | Possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Alison M. Yates
*Complainant's signature*

Alison M. Yates, SA
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date:  11/21/2019

s/ Gordon P. Gallagher
*Judge's signature*

City and state:  Grand Junction, CO

Gordon P. Gallagher-USMJ
*Printed name and title*