| | |
|---|---|
| <u>DEFENDANT</u>: | Jose Trochez-Sanchez |
| <u>YOB</u>: 1992 | **AGE 27** |
| <u>OFFENSE(S)</u>: | **Count 1:** 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine |
| <u>LOCATION OF OFFENSE</u>: | Garfield County, Colorado |
| <u>PENALTY</u>: | **Count 1:** NMT 10 years imprisonment and NMT life; NMT $10,000,000 fine, or both; NLT 5 years supervised release; NMT life supervised release; $100 special assessment fee. |
| <u>AGENT</u>: | SA Alison M. Yates, DEA |
| <u>AUTHORIZED BY</u>: | Pete Hautzinger Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less        _____ over five days        _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

_____ will not seek detention

The statutory presumption of detention is applicable to this defendant.

<u>OCDETF CASE</u>:    __ Yes _X_ No

1