IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER PRESIDING

| | |
|---|---|
| Criminal Case No. 19-mj-262-GPG | Court Deputy: A. Barnes |
| Date:  November 22, 2019 | Recorder: Grand Junction |

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSE TROCHEZ-SANCHEZ,
Defendant.

_____
Court Minutes-Initial Appearance
_____

12:53 p.m.  Court in Session:

Defendant appeared in custody in Grand Junction.  CJA Panel Attorney, Marna Lake, appeared in person in Grand Junction.  AUSA Peter Hautzinger appeared in person in Grand Junction.  PO Jason Cohen appeared in person in Grand Junction.  Spanish Interpreter Cathy Bahr appeared via VTC.

The interpreter was sworn

The Court advised the Defendant.

ORDERED: The Defendant stated he could not afford an attorney and requested that the court appoint an attorney.   The Court reviewed the Defendant's financial affidavit and Ordered that an attorney be provided by the Court pursuant to the CJA Plan.  CJA Panel Attorney Lake accepted the appointment.

ORDERED:  The Court found that this was a Western Slope Protocol Case.

Defendant tendered to the Court a WSPP consent which the Court accepted.

The Government is seeking detention; Defendant objects and would request a 5-day time-frame for the Detention Hearing.

ORDERED: The Court set a Detention Hearing for **12:30 p.m. on December 2, 2019** in Room 323 with Magistrate Judge Gordon P. Gallagher.

The Court advised the Defendant with regard to his right to a Preliminary Hearing.

ORDERED: A Preliminary Hearing is set for **the same time as the Detention Hearing – all other hearing details also the same.**

ORDERED: Defendant was remanded to the custody of the US Marshals.

Hearing concluded at: 1:12 p.m.
Hearing duration: 19 minutes