IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: __19 mj 262 - GPG__

UNITED STATES OF AMERICA,

　　Plaintiff,

vs. Jose Trochez-Sanchez

　　Defendant.

## CONSENT OF THE GOVERNMENT AND THE DEFENDANT[1]
### Pursuant to D.C.COLO.LCrR 11.1(b)

After consideration and, for the Defendant, full consultation with counsel, we voluntarily consent to having the Magistrate Judge:

[✓] Set pretrial deadlines, determine any motion to continue/reschedule a trial, and set trial in accordance with the Speedy Trial Act.

[✓] Upon Order of Reference from the assigned Article III Judge, hear and make Recommendations as to any pretrial motion.

[✓] Upon Order of Reference from the assigned Article III Judge, receive Defendant's Change of Plea, give appropriate advisement in accordance with Rule 11 of the Federal Rules of Criminal Procedure, make a Recommendation as to whether Defendant's plea should be accepted and schedule a Sentencing Hearing.

[ ] Upon Order of Reference from the assigned Article III Judge, hear a Petition for Revocation of Probation and/or Supervised Release and make a Recommendation as whether the revocation/modification/coninuation of Probation or Supervised Release is appropriate.

The parties separately agree that:

[ ] A Sentencing Hearing may be held by video teleconferencing with the assigned Article III Judge in Denver.

Dated: 11/22/19

_____　　　　　Jose Trochez Sanchez
Signature of the U.S. Attorney　　　　　Defendant's Signature

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Signature of Defendant's Attorney

---

[1] The parties shall not file this document unless it reflects unanimous consent of the government and the defendant pursuant to D.C.COLO.LCrR 11.1(b). In a multi-defendant matter, no individual consent, other than to the sentencing hearing, will be operative unless all defendants have similarly consented and filed this form.