In The United States District Court
FOR THE DISTRICT OF COLORADO

Criminal Action No.  19-mj-00262

United States of America,

    Plaintiff,

    v.

1.  JOSE TROCHEZ-SANCHEZ,
    Defendant.

## NOTICE OF ATTORNEY APPEARANCE and REQUEST FOR DISCOVERY

Marna M. Lake hereby enters her appearance as CJA counsel for the Defendant, Jose Trochez-Sanchez, and further requests a copy of the discovery pursuant to the Federal Rules of Criminal Procedure.

DATED this 26th day of November, 2019.

    Marna M. Lake
Marna M. Lake
Marna M. Lake, P.C.
319 Colorado Avenue
Grand Junction, CO 81501
Telephone: (970) 245-7997
FAX: (970) 241-1719
E-mail: marnalake @gmail.com
Attorney for Jose Trochez-Sanchez

CERTIFICATE OF SERVICE

  I hereby certify that I have this 26th day of November, 2019, electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

  Pete Hautzinger
  Assistant United States Attorney

           s/ Beth Gibbon