IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 19-mj-262-GPG  
Date:   November 26, 2019

Court Deputy: A. Barnes  
Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSE TROCHEZ-SANCHEZ,
Defendant.

---

## ORDER

---

The Court having considered the Motion to Continue Preliminary and Detention Hearing filed in 19mj261-GPG and found at ECF #8 in that matter, and this Court having granted same, hereby moves the related preliminary and detention hearing in this case to the same date as the hearing/s in 19mj261, to wit:

ORDERED: The combination Detention and Preliminary Hearing in this case is hereby moved to **December 4, 2019 at 12:30 pm** in Room 323/ Grand Junction before Magistrate Judge Gallagher.