In The United States District Court
FOR THE DISTRICT OF COLORADO

Criminal Action No.  19-mj-00262

United States of America,

    Plaintiff,

v.

1.  JOSE TROCHEZ-SANCHEZ,
    Defendant.

## SUBMISSION OF EXHIBITS FOR DETENTION HEARING

Marna M. Lake hereby submits the following exhibits for the court's consideration at the detention hearing:

1. Correspondence from Tanya Rosenberg;

2. Correspondence from Maggie Hinojos;

3. Correspondence from Edgar Hinojos; and

4. Photographs of Mr. Trochez-Sanchez's work.

DATED this 4th day of December, 2019.

                                                    Marna M. Lake
                                                  Marna M. Lake
                                                  Marna M. Lake, P.C.
                                                  319 Colorado Avenue
                                                  Grand Junction, CO 81501
                                                  Telephone: (970) 245-7997
                                                  FAX: (970) 241-1719
                                                  E-mail: marnalake @gmail.com
                                                  Attorney for Jose Trochez-Sanchez

CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of December, 2019, electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Pete Hautzinger
Assistant United States Attorney

                                         s/ Beth Gibbon