**TANYA ROSENBERG, INC.**
GEORGE RENVILLE ARCHITECT
ARCHITECTURE AND DESIGN

December 3, 2019

To Whom It May Concern,

I first met Jose Trochez Sanchez in the summer of 2012 when he was working as a framer on one of my job sites. Over the last 7 years, he has framed many other of my homes. He has also worked as a handyman for me and all my neighbors for the last six years. His workmanship is excellent.

As I have gotten to know him and his family, I have asked them to stay at my home while I am out of town on business to look after my dogs. Never once did I worry about anything. Both Jose and Karen, his wife, are excellent parents and outstanding people.

My father, Walter Morgan, was a policeman for 35 years in Los Angeles. I feel that I am an excellent judge of character because of his teachings.

Please feel free to contact me with any questions you may have.

Sincerely,

*Tanya Rosenberg*
Tanya Rosenberg
310-476-3665 office
310-597-1539 cell
TR90077@aol.com

Dear Sir or Madam,

I am writing to you in regards to Jose Santos Trochez Sanchez. Jose is a good family friend, my family and I have gotten to know him throughout these past years. He's a great guy, excellent friend, great father to his children. He does anything he can to help if your in need. It is to the best of my knowledge that Jose is not a threat to society nor has a previous record. If the court would have been closer to me I would of been there in person that is the reason for this letter your honor. Please take this sincere words into consideration on behalf of Jose Santos Trochez Sanchez. Please give him another chance.

Sincerely,

Maggie Hinojos

To whom it may concern,

My name is Edgar Hinojos I'm writing in regards of Jose Santos Trochez. I have known Jose for a couple of years. He's a good man he's done work with me before, putting floors carpet and hardwood flooring. Jose takes handyman whenever he can. He's a very caring father, good friend, hard worker. Jose is a good person your honor please reconsider giving him another chance. He doesn't have prior record nor is he a walking threat to society. Only you your honor hold the decision for his case, but us his family and friends would greatly appreciate it if you can allow him to return to his family. Thank you for your time.

Sincerely,
Edgar Hinojos









