IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Date: December 4, 2019                                Court Deputy: Angela Barnes
                                                      Recorder: Grand Junction

*Colorado Case No. 19mj260-GPG
UNITED STATES OF AMERICA,
Plaintiff,

vs.

CHRISTOPHER PAREDES-MORENO,
Defendant.
_____

**And**

*Colorado Case No. 19mj261-GPG
UNITED STATES OF AMERICA,
Plaintiff,

vs.

FRANCISCO ALEJANDRO-ESCOBAR,
Defendant.
_____

**And**

*Colorado Case No. 19mj262-GPG
UNITED STATES OF AMERICA,
Plaintiff,

vs.

JOSE TROCHEZ-SANCHEZ,
Defendant.
_____
*MINUTES AND ORDERS –
JOINT DETENTION HEARING AND PRELIMINARY HEARING
_____

12:48 p.m.

For this joint detention and preliminary hearing on the three cases set forth above, Defendants appeared in custody with their respective defense counsel as follows: CJA Panel Attorney Daniel

Shaffer appeared for Defendant Paredes-Moreno; AFPD Matthew Belcher appeared for Defendant Alejandro-Escobar; and CJA Panel Attorney Marna Lake appeared for Defendant Trochez-Sanchez.   AUSA Peter Hautzinger appeared in person.  PO Jason Cohen and PO Megan Dibsie were also present in person.  Spanish Interpreter Cathy Bahr appeared via VTC.

The interpreter was sworn.

All were in possession of the Pretrial Service Reports prepared by the Probation Department.

The Government was still requesting detention for all three defendants.

At this time, Defendants Alejandro-Escobar and Paredes-Moreno were not contesting detention, but reserved their right to do so at a later date.

Defendant Trochez-Sanchez was contesting detention.

All defendants were requesting a Preliminary Hearing.

ORDER: The Court will enter a Detention Order for each:  Defendant Paredes-Moreno and Defendant Alejandro-Escobar noting their right to contest detention at a later date.

The Government presented its case for detention of Defendant Trochez-Sanchez as well as the Preliminary Hearing. Calls Special Agent with the DEA, Alison Yates

Ms. Yates was sworn.

Government direct exam: 12:59 p.m.
Belcher/Defense cross exam: 1:15 p.m.
Government re-direct: 1:21 p.m.
Belcher/Defense re-cross: 1:22 p.m.
Shaffer/Defense cross exam: 1:23 p.m.
Lake/Defense cross exam: 1:33 p.m.
Government/re-direct: 1:35 p.m.
Government rests: 1:35 p.m.

Defense did not present witnesses.

Government waived argument.
Belcher/Defense presented argument relative to Preliminary Hearing: 1:36 p.m.
Government presented rebuttal argument: 1:38 p.m.

ORDER:  Court takes judicial notice of the affidavit attached to the Complaint and also the evidence and arguments presented at this hearing.   The Court finds probable cause has been established as to allegation/s of the Complaint and subsequent arrests.

**ORDER: A Return Hearing (possible Advisement and Arraignment) is set for December 20, 2019 at 10:00 a.m. in Room 323 before Magistrate Judge Gordon P. Gallagher. Phone appearance is approved for those attorneys who may want to attend via telephone so long as they coordinate with Gallagher Chambers to obtain call-in instructions.**

As to the topic of Detention with regard to Defendant Trochez-Sanchez, AUSA Hautzinger presented argument to the Court: 1:44 p.m.

Lake/Defendant Trochez-Sanchez presented **Defense Exhibits which had been filed at ECF #10.** The Government did not object. Court admits Defense Exhibits 1 - 4 found in the filing in this case at ECF #10 and takes judicial notice of their contents.

Lake/Defense presented argument to the Court: 1:48 p.m.

ORDER:  The Court finds that a Detention Order will enter as to Defendant Trochez-Sanchez and detention is warranted due to Defendant posing a flight risk.

ORDER:  Defendants are remanded to the custody of the US Marshal Office.

Hearing concluded: 2:00 p.m.
Hearing duration: 1 Hour 12 Minutes.