FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:09 pm, Dec 19, 2019
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.** 19-cr-00534-GPG

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

1. **JOSE SANTOS TROCHEZ-SANCHEZ**
2. **CHRISTOPHER PAREDES-MORENO**
3. **FRANCISCO ALEJANDRO-ESCOBAR**

      **Defendants.**

_____

### INDICTMENT
_____

The Grand Jury charges:

### COUNT ONE

On or about November 15, 2019, within the State and District of Colorado and elsewhere, the defendants JOSE SANTOS TROCHEZ-SANCHEZ, CHRISTOPHER PAREDES-MORENO and FRANCISCO ALEJANDRO-ESCOBAR, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## **FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21 United States Code Section 853. Upon conviction of the violations alleged in Count One of this Indictment involving violations of Title 21 United States Code Section 841(a)(1), (b)(1)(B)(ii) and (b)(1)(A)(viii), the defendants JOSE SANTOS TROCHEZ-SANCHEZ, CHRISTOPHER PAREDES-MORENO and FRANCISCO ALEJANDRO-ESCOBAR, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

If any of the property as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney
District of Colorado

By:  s/*Pete Hautzinger*
PETE HAUTZINGER
Assistant U.S. Attorney
United States Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, Colorado 81501
Telephone: (970) 241-3843
Fax: (970) 248-3630
E-mail: peter.hautzinger@usdoj.gov
Attorney for the Government