| | |
|---|---|
| DEFENDANTS: | JOSE SANTOS TROCHEZ-SANCHEZ |

YOB: 1992                                    **AGE: 27**

COMPLAINT FILED?      \_\_\_X\_\_\_ Yes      _____ No

If Yes, MAGISTRATE CASE NUMBER: 19-mj-00262-GPG

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?      _____ Yes      \_\_\_ No
   If No, a new warrant is required

OFFENSE(S):      **Count 1:  21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)**
                 Possession with Intent to Distribute Methamphetamine

LOCATION OF OFFENSE:      Garfield County, Colorado

PENALTY:      **Count 1:**  NLT 10 years imprisonment and NMT life; NMT $10,000,000 fine, or both; NLT 5 years supervised release; NMT life supervised release; $100 special assessment.

AGENT:      SA Alison Yates, DEA

AUTHORIZED BY:      Pete Hautzinger
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less\_\_\_\_ over five days            \_\_\_\_ other

THE GOVERNMENT

   X    will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:      \_ Yes  X  No

1