| | |
|---|---|
| DEFENDANTS: | CHRISTOPHER PAREDES-MORENO |

YOB: 1998                                         **AGE: 21**

COMPLAINT FILED?    ___X___ Yes    _____ No

If Yes, MAGISTRATE CASE NUMBER: 19-mj-00260-GPG

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ Yes    ___ No
   If No, a new warrant is required

OFFENSE(S):    **Count 1:  21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)**
Possession with Intent to Distribute Methamphetamine

LOCATION OF OFFENSE:    Garfield County, Colorado

PENALTY:    **Count 1:**  NLT 10 years imprisonment and NMT life; NMT $10,000,000 fine, or both; NLT 5 years supervised release; NMT life supervised release; $100 special assessment.

AGENT:    SA Alison Yates, DEA

AUTHORIZED BY:    Pete Hautzinger
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X   five days or less____ over five days          ____ other

THE GOVERNMENT

   X    will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:        _ Yes  X  No

1