DEFENDANTS:   FRANCISCO ALEJANDRO-ESCOBAR

YOB: 1997              **AGE: 22**

COMPLAINT FILED?   __X__ Yes   _____ No

If Yes, MAGISTRATE CASE NUMBER: 19-mj-00261-GPG

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   ___ No
 If No, a new warrant is required

OFFENSE(S):   **Count 1: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)**
Possession with Intent to Distribute Methamphetamine

LOCATION OF OFFENSE:   Garfield County, Colorado

PENALTY:   **Count 1:** NLT 10 years imprisonment and NMT life; NMT $10,000,000 fine, or both; NLT 5 years supervised release; NMT life supervised release; $100 special assessment.

AGENT:   SA Alison Yates, DEA

AUTHORIZED BY:   Pete Hautzinger
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less ____ over five days     ____ other

THE GOVERNMENT

  X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:   _ Yes  X  No

1