IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
US MAGISTRATE JUDGE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 19-CR-534-MSK-GPG           Court Deputy: A. Barnes
Date:   December 20, 2019                                       Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. JOSE SANTOS TROCHEZ-SANCHEZ**
**2. CHRISTOPHER PAREDES-MORENO**
**3. FRANCISCO ALEJANDRO-ESCOBAR**
Defendants.

_____
Court Minutes–Arraignment; Discovery Conference; and Trial Setting
_____

Court in Session: 10:11 a.m.

Defendants appeared in person in custody as follows:
**Defendant 1. JOSE SANTOS TROCHEZ-SANCHEZ appeared with CJA Plan attorney, Marna Lake; Defendant 2. CHRISTOPHER PAREDES-MORENO appeared with CJA Plan Attorney, Daniel Shaffer; and Defendant 3. FRANCISCO ALEJANDRO-ESCOBAR appeared with AFPD, Matthew Belcher, who appeared via VTC.**        AUSA Peter Hautzinger also appeared in person.  Spanish Interpreter, Ellen Klaver, appeared via VTC to Interpret.

The interpreter was sworn.

ORDERED:  The Court found that this case fell within the Western Slope Protocol Practice ("WSPP") and noted that the parties had each previously tendered to the Court executed WSPP consents.

The Court advised the Defendants on the counts in the Indictment.

Each Defendant, in turn, waived further advisement and entered a plea of "NOT GUILTY" to the Counts of the Indictment which the Court accepted.

For each Defendant, a discovery memorandum was discussed, executed, approved and accepted for filing with the following calculations: **30 days: January 19, 2020.  70 days: February 28, 2020; and 90 days is February 20, 2020.**

**Government Disclosures are due January 7, 2020; Defense Disclosures are due February 7, 2020.**

ORDERED: The Court set trial for Defendants for **February 3, 2020 at 8:30 a.m.** in Room 323 at the Aspinall Federal Building before Senior Judge Krieger.  Pretrial Readiness Conference was set for January 30, 2020 at 3:30 p.m. in Room 323 in Grand Junction before Senior Judge Krieger.

ORDERED: Defendants are remanded to the custody of the USMS.

Court in Recess:  10:25 a.m.
Duration 14 minutes