IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
US MAGISTRATE JUDGE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 19-CR-534-MSK-GPG     Court Deputy: A. Barnes
Date:  March 18, 2020     Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. JOSE SANTOS TROCHEZ-SANCHEZ**
**2. CHRISTOPHER PAREDES-MORENO**
**3. FRANCISCO ALEJANDRO-ESCOBAR**
Defendants.

---

Court Minutes and Orders

---

Court in Session: 11:47 a.m.

Defendants' appearances for this setting hearing were waived by the Court.  For the Government, AUSA Peter Hautzinger appeared in person.   The following appeared via telephone:  for **Defendant 1**, **JOSE SANTOS TROCHEZ-SANCHEZ, CJA Plan attorney, Marna Lake**; for **Defendant 2**, **CHRISTOPHER PAREDES-MORENO, CJA Plan Attorney, Daniel Shaffer**; and for **Defendant 3**, **FRANCISCO ALEJANDRO-ESCOBAR, AFPD, Matthew Belcher**.

ORDER: Although a jury trial had been set for April 6, 2020, due to the need for a hearing on Defendant 3's Motion to Suppress, the Court vacated that jury trial as well as the pretrial readiness conference which had been set for April 2, 2020.

ORDER:  The Court set hearing on the Motion to Suppress for **June 23, 2020 at 8:00 AM - Noon** in Room 323/Grand Junction before Magistrate Judge Gordon P. Gallagher.  **Defendant 3 must be present.**

ORDER: The Court set a status conference for Defendant 1 at that same time and date:   **June 23, 2020 at 8:00 AM** in Room 323/Grand Junction before Magistrate Judge Gordon P. Gallagher.  **Defendant 1 must be present.**

ORDER: The Court reset the jury trial for all Defendants for **October 5, 2020 at 10:00 a.m.** in Room 323 at the Aspinall Federal Building before Senior Judge Krieger.  Pretrial Readiness Conference was set for **October 1, 2020 at 3:30 p.m.** in Room 323 in Grand Junction before Senior Judge Krieger.

ORDER: For speedy trial calculation purposes, all time shall be excluded from the filing of the Motion to Suppress and the Motion for Separate Trial and the new trial date of October 5, 2020.

ORDER:   Within 14 days, the parties are to file a joint speedy trial memo.

The Government requested a continuance for its responses to both the Motion to Suppress and Motion for Separate Trial.

ORDER: The motion for continuance is granted and the due date for the Government's responses shall now be: April 30, 2020.

Court in Recess:  12:00 p.m.
Duration 13 minutes