**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  19-cr-000534-MSK-GPG

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**1.  JOSE SANTOS TROCHEZ-SANCHEZ,**
2.  CHRISTOPHER PAREDES-MORENO,
**3.  FRANCISCO ALEJANDRO-ESCOBAR**

      **Defendants.**

---

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF MOTIONS
RESPONSE DEADLINE**

---

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Pete Hautzinger, respectfully requests that the Court extend the Motions Response deadline, currently set for April 30, 2020, for thirty days, to May 29, 2020.  In support of this request, the government states the following:

1)  The defendants were charged by complaint with various criminal counts related to drug distribution on November 21, 2019.  Doc. 1.  The complaint was replaced with an indictment on December 19, 2019.  On December 20, 2019 all three defendants entered not guilty pleas.  The Court set a Jury Trial for February 3, 2020.  On January

13, 2020 the Court granted an Ends of Justice continuance and re-set the Jury Trial to April 6, 2020.

2) On March 9, 2020 defendant Alejandro-Escobar filed a Motion to Suppress and defendant Trochez-Sanchez filed a Motion for Separate Trial.

3) On March 18, 2020, the Court re-scheduled the jury trial to October 5, 2020; set a motions hearing for June 23, 2020 and set a due date for government responses of April 30, 2020.

4) The parties have been diligently attempting to resolve this matter through a negotiated resolution. That effort has been made significantly more difficult by the quarantine related to the COVID-19 pandemic.

5) Should the parties be unable to resolve the matter, a response by the government to the motions filed on May 29, 2020 will still be well in advance of the hearing scheduled for June 23, 2020.

6) Undersigned has contacted both defense attorneys on this case. Neither Matthew Belcher (Alejandro-Esparza) nor Marna Lake (Trochez-Sanchez) have any objection to this request.

FOR ALL OF THESE REASONS, the United States respectfully requests that the Court extend the Motions Response deadline, currently set for April 30, 2020, to May 27, 2020.

Respectfully submitted this 24th day of April, 2020.

                                          JASON R. DUNN
                                        United States Attorney
                                        District of Colorado

                                        By:  s/*Pete Hautzinger*
                                        PETE HAUTZINGER
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        205 N. 4th Street, Suite 400
                                        Grand Junction, Colorado 81501
                                        Telephone: (970) 241-3843
                                        Fax: (970) 248-3630
                                        E-mail: peter.hautzinger@usdoj.gov
                                        Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2020, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF MOTIONS RESPONSE DEADLINE** with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following e-mail addresses:

Matthew Belcher
Matthew_Belcher@fd.org

Marna Lake
marnalake@gmail.com

                                              *s/ Cosandra Foster*
                                              COSANDRA FOSTER
                                              Paralegal Specialists
                                              U.S. Attorney's Office
                                              205 N. 4th Street, Suite 400
                                              Grand Junction, CO 81501
                                              Telephone (970) 241-3843
                                              Fax (970) 248-3630
                                              E-mail: cosandra.foster@usdoj.gov