In The United States District Court
FOR THE DISTRICT OF COLORADO

Criminal Action No. **19-cr-00534-MSK-GPG**

United States of America,

    Plaintiff,

    v.

**JOSE TROCHEZ-SANCHEZ**,
    Defendants.

## NOTICE OF DISPOSITION

The Defendant, Jose Trochez-Sanchez, through his attorney, Marna M. Lake, notifies the court that the parties have reached a disposition in this case. He requests that this matter be set for change of plea.

The parties stipulate that the filing of this notice tolls the running of speedy trial.

DATED this 21st day of September, 2020.

        *Marna M. Lake*
        Marna M. Lake
        Marna M. Lake, P.C.
        319 Colorado Avenue
        Grand Junction, CO 81501
        Telephone: (970) 245-7997
        FAX: (970) 241-1719
        E-mail: marnalake @gmail.com
        Attorney for Jose Trochez-Sanchez

CERTIFICATE OF SERVICE

    I hereby certify that I have this 21st day of September, 2020, electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Pete Hautzinger
Assistant United States Attorney

                                s/ Beth Gibbon