In The United States District Court
FOR THE DISTRICT OF COLORADO

Criminal Action No.  19-cr-000534-CMA-GPG

United States of America,

    Plaintiff,

    v.

1.  JOSE' TROCHEZ SANCHEZ,
    Defendant.

## NOTICE OF ELECTION TO APPEAR AT SENTENCING BY VIDEO CONFERENCE

Jose' Trochez Sanchez, through his counsel of record, Marna M. Lake, advises the Court that he has elected to appear at sentencing by video conference.

A change of plea hearing was held on October 1, 2020.  Counsel was asked to advise the Court by October 6, 2020, whether Mr. Trochez Sanchez would voluntarily waive his right to be physically present at his sentencing hearing and consent to appear by video conference, or if he wishes to have an in-person sentencing hearing.

Counsel has since consulted with Mr. Trochez Sanchez with the assistance of an interpreter.  Mr. Trochez Sanchez voluntarily waives his right to be physically present at his sentencing hearing and consents to appear by video conference.

.

DATED this 7th day of October, 2020

      Marna M. Lake
Marna M. Lake
Marna M. Lake, P.C.
319 Colorado Avenue
Grand Junction, CO 81501
Telephone: (970) 245-7997
FAX: (970) 241-1719
E-mail: marnalake @gmail.com
Attorney for Jose Trochez-Sanchez

CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of October, 2020, electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Pete Hautzinger
Assistant United States Attorney

    s/ Korey VonBurg