In The United States District Court
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-000534-CMA-GPG

United States of America,

    Plaintiff,

v.

1. JOSE TROCHEZ-SANCHEZ,
    Defendant.

## MOTION FOR VARIANT SENTENCE BELOW SENTENCING GUIDELINES

Jose Trochez-Sanchez, through his attorney Marna M. Lake, moves this Court to impose a sentence of twenty (20) months, pursuant to 18 U.S.C. § 3553(a). As grounds, it is stated:

In determining an appropriate sentence, the Court must first calculate the Defendant's precise guideline range. *Gall v. United States, 552 U.S. 38, 128 S.Ct. 586 (2007)*. While the guidelines "should be the starting point and the initial benchmark," they are not the only consideration. *Id. at 50.* The Court must not presume the guideline range is reasonable but must make an individual assessment of the *§ 3553(a)* factors based on all of the facts presented. *Id. at 51.*

Section 3553(a) sets forth the directive that the Court "shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection." The Court is required to consider seven factors,

including the advice of the sentencing guidelines.  However, the guidelines are to be given no more weight than any of the other statutory factors.  "(T)he district court is free to make its own reasonable application of the §3553(a) factors, and to reject (after due consideration) the advice of the Guidelines."  *Kimbrough v. United States, 552 U.S. 85, 113, 128 S.Ct. 558, 577 (2007) (Scalia,J., concurring).*

Mr. Trochez Sanchez requests that this Court impose a variant sentence of 20 months for the reasons set for the in the "Justification" section of pages R-2 through R-3 of the presentence investigation report.  He recognizes his short-sightedness in thinking that the trip would be a little vacation for his wife and children and respects the probation officer's characterization of this as aggravating in nature.  He also recognizes his short-sightedness in thinking that the trip would help his family by enabling him to pay outstanding bills; instead, it has resulted in an inability to see or provide for them for an unforeseeable period of time.

DATED this 21st day of December,  2020.

                                  s/ Marna M. Lake
                                  Marna M. Lake
Marna M. Lake, P.C.
319 Colorado Avenue
Grand Junction, CO 81501
Telephone: (970) 245-7997
FAX: (970) 241-1719
E-mail: marnalake @gmail.com
Attorney for Jose Trochez-Sanchez

CERTIFICATE OF SERVICE

      I hereby certify that I have this 21st day of December, 2020, electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Pete Hautzinger
Assistant United States Attorney

                                            s/ Beth Gibbon