IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00534-CMA-GPG

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOSE SANTOS TROCHEZ-SANCHEZ,

       Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR VARIANT SENTENCE BELOW SENTENCING GUIDELINES**

COMES NOW, the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Pete Hautzinger, and hereby objects to the Motion for Variant Sentence which was filed by the Defendant on December 21, 2020.  In support of this objection the Government states the following:

1) Undersigned has been a prosecutor in Colorado for 32 years, serving 27 years in state court (including 11 years as the elected District Attorney for the 21st Judicial District) and now 5 years as an Assistant United States Attorney.  Throughout his career undersigned has struggled with cases such as this Defendant's.  Undersigned submits that it is always difficult to find a fair, just and appropriate sentence in cases where the Defendant

has no (or very limited) criminal history but is charged with having transported for distribution significant amounts of controlled substances. This is even more true when the Defendant is clearly not a main player or organizer but instead is merely transporting the drugs from point A to point B for a relatively meager recompense.

2) Undersigned has found this struggle even more pronounced over the past five years in federal court. The U.S. Sentencing Guidelines, while advisory, are arguably quite punitive in situations like this. Undersigned has always been more than willing to look for ways to mitigate this effect in cases such as this, where the Defendant is essentially a low paid "mule" with no criminal history.

3) The Government submits that the plea agreement tendered in this case makes appropriate efforts to mitigate and avoid an unduly harsh sentence. The Government has agreed to recommend the Defendant receives full credit for acceptance of responsibility. The Government has agreed that the Defendant ought to be eligible for the two-level decrease in Guideline §5C1.2, thereby also piercing the statutory mandatory minimum. The Government has also agreed that the Defendant should receive an additional 3-level reduction under §3B1.2 as a case falling between a minimal participant and a minor participant. All of these agreements take the Defendant from facing a sentence of a mandatory minimum ten years

to a recommended Guideline range of 46 – 57 months.

4) As noted above, undersigned understands and is sympathetic with the position taken by both the Defendant and Probation.  The recommended variant sentence of 20 months, however, represents a much greater reduction in sentence than undersigned has typically seen in similar cases of this nature.  It is a sentence which is more than 50% below the bottom end of the Guideline range.

5) As Defendant noted in his Motion18 U.S.C. §  3553(a) requires the Court to consider seven different factors along with the Guideline recommendation in imposing a sentence which is sufficient, but not greater than necessary.  Among those factors is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct".  The Government respectfully suggests that a sentence 0f 20 months in this case would create an unwarranted sentence disparity.

6) The Government agreed in the plea agreement to recommend a sentence within the Guidelines range as calculated by the Court.  The Government stands by that agreement and respectfully submits that a sentence of 46 months is fair, appropriate and sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of § 3553.

Respectfully submitted this 5th day of January, 2021.

                JASON R. DUNN
                United States Attorney

                By: *s/Pete Hautzinger*
                PETE HAUTZINGER
                Assistant U.S. Attorney
                205 N. 4th Street, Suite 400
                Grand Junction, Colorado 81501
                Telephone: (970) 241-3843
                Fax: (970) 248-3630
                E-mail: peter.hautzinger@usdoj.gov
                Attorney for United States

CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of January, 2021, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR VARIANT SENTENCE BELOW SENTENCING GUIDELINES** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    *s/Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630