IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00534-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SANTOS TROCHEZ-SANCHEZ,

    Defendant.

---

**GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)**

---

COMES NOW, the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Pete Hautzinger, and hereby moves, pursuant to the provisions of §3E1.1(b) of the Sentencing Guidelines, that this defendant receive a three-level reduction for acceptance of responsibility on the grounds that the defendant timely notified the Government of his decision to enter a guilty plea and fully advised the Government of the nature of his own misconduct, thereby permitting the Government to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

Respectfully submitted this 5th day of January, 2021.

          JASON R. DUNN
          United States Attorney

          By: *s/Pete Hautzinger*
          PETE HAUTZINGER
          Assistant U.S. Attorney
          205 N. 4th Street, Suite 400
          Grand Junction, Colorado 81501
          Telephone: (970) 241-3843
          Fax: (970) 248-3630
          E-mail: peter.hautzinger@usdoj.gov
          Attorney for United States

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2021, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THREE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialist
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630